# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-00098-HDM |
| | ) | 3:10-cv-00531-HDM |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHNATHON ROBERTS, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

The court has directed the government to supplement its opposition to the defendant's motion to vacate with additional affidavits. The government shall serve a copy of its supplement as well as a copy of the first affidavit of Marc Picker (Gov't Opp'n Picker Aff.) on the defendant at the same time it files the supplement with the court. After the government has supplemented its opposition, the defendant shall have up to and including November 26, 2011, in which to file any response.

IT IS SO ORDERED.

DATED: This 25th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE