```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                    UNITED STATES DISTRICT COURT
14                          DISTRICT OF NEVADA
15
16  UNITED STATES OF AMERICA,      )    3:05-cr-00098-HDM
                                   )    3:10-cv-00531-HDM
17         Plaintiff/Respondent,   )
                                   )
18  vs.                            )    ORDER
                                   )
19  JOHNATHON ROBERTS,             )
                                   )
20         Defendant/Petitioner.   )
    _____)
21
```

The defendant has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (#377). The court will conduct an evidentiary hearing limited solely to the defendant's claim that his counsel Marc Picker rendered ineffective assistance of counsel by failing to file a motion to suppress evidence obtained in the search of defendant's garbage can on Wednesday, May 5, 2005. The hearing will be conducted at 3:30

1

p.m., on Wednesday, January 25, 2012, in Courtroom 4 of the Bruce R. Thompson Federal Courthouse.

IT IS SO ORDERED.

DATED: This 15th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE