**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-00098-HDM |
| | ) | 3:10-cv-00531-HDM |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHNATHON ROBERTS, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |
| _____ | ) | |

The government shall prepare a writ to have defendant Johnathan Roberts (39675-048) brought back to this court on Wednesday, January 25, 2012, for the evidentiary hearing set for 3:30 p.m.

IT IS SO ORDERED.

DATED: This 15th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE