| | |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-00098-HDM-RAM |
| | ) | 3:10-cv-00531-HDM |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHNATHON ROBERTS, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |
| _____ | ) | |

The defendant asserts that one box of legal materials was not returned to him following his transport from the Washoe County Jail and therefore requests copies of the missing documents that were contained therein (#480). The United States Marshals Service has advised the court that the missing box cannot be located and may have been inadvertently disposed of around the time the defendant departed from the Washoe County Jail. Accordingly, the defendant's request for the apparently missing documents is GRANTED. The clerk of the court is directed to send defendant, at no charge to the

1

defendant, a copy of the following transcripts, to the extent they have been produced, and court documents:

1. Transcript of the October 19, 2005, calendar call (#37)
2. Second Superseding Indictment (#39)
3. Third Superseding Indictment (#51)
4. Transcript of the April 10, 2006, calendar call (#93)
5. Transcript of the May 17, 2006, calendar call (#101)
6. Transcript of the September 14, 2006, hearing (#197)
7. Transcript of the September 21, 2006, hearing (#198)
8. Transcript of the September 28, 2006, status conference (#203)
9. Transcript of the May 29, 2007, status conference (#272)
10. Defendant's Second Supplement to his Motion (#382)
11. Defendant's Third Supplement to his Motion (#386)
12. Defendant's Reply to the Government's Response (#404)
13. Defendant's Supplement to his Reply (#406)
14. Defendant's Supplemental Brief to his Motion to Vacate (#447)

IT IS SO ORDERED.

DATED: This 10th day of September, 2012.

*[signature: Howard D. McKibben]*
UNITED STATES DISTRICT JUDGE